IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHELIA K. WATKINS, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) CIVIL CASE NO. 2:23-cv-91-ECM |
| | ) |
| MONTGOMERY COUNTY DHR, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 6, 2023, the Magistrate Judge entered a Recommendation (doc. 24) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 24) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiffs' failure to prosecute this action and to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 28th day of November, 2023.

              /s/ Emily C. Marks
            EMILY C. MARKS
            CHIEF UNITED STATES DISTRICT JUDGE